IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME JUNIOR WASHINGTON, | ) | |
| | ) | Civil Action No. 22 – 1204 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | District Judge David S. Cercone |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| LYNN PATRONE, Department of | ) | |
| Corrections Mental Health Advocate, | ) | |
| and ROBERT D. GILMORE, | ) | |
| Superintendent of SCI-Greene, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**AND NOW**, this 4th day of December, 2023, for the reasons set forth in the Memorandum Opinion entered on this date,

**IT IS ORDERED** that Plaintiff's Complaint (ECF No. 5) is **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**; and

**IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Jerome Junior Washington
HV0282
SCI Forest
P.O. Box 945
286 Woodland Drive
Marienville, PA  16239